UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,  Plaintiff,  v.  RODRIGUEZ, et al.,  Defendants. | No.  2:15-cv-2604 CKD P  ORDER |

Plaintiff has paid the filing fee in this pro se prisoner civil rights action.  No later than twenty-one days from the date of this order, defendants shall file a responsive pleading to the amended complaint filed January 27, 2016.  See Fed. R. Civ. P. 12(a).

IT IS SO ORDERED.

Dated:  September 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / youn2604.ord