UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>Defendants. | No. 2:15-cv-2604 CKD P<br><br><br><br>ORDER |

On February 25, 2016, an Order Re Consent or Request for Reassignment was issued in this case along with the appropriate form. (ECF. No. 13.) Defendants were required to complete and file the form within thirty days. More than thirty days have passed since any defendant appeared in this case and none of them have filed the required form.

Accordingly, IT IS HEREBY ORDERED that defendants Lewis, Rodriguez, Gill, and Saephan shall file a completed consent or request for reassignment form within seven days of the date of this order.

Dated: May 31, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn2604.form

1