UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2604 KJM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 55.) Defendants have filed objections to the findings and recommendations. (ECF No. 56.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2019 (ECF No. 55), are adopted in full.

2. Defendants' motion for summary judgment (ECF No. 48) is granted in part and denied in part as follows:

    a. Granted as to plaintiff's RLUIPA claims.

    b. Denied as to plaintiff's First and Fourteenth Amendment claims.

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 1, 2019.

_____
UNITED STATES DISTRICT JUDGE