UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>Defendants. | No. 2:15-cv-2604 KJM CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

Defendants' motion for summary judgment was denied in part (ECF No. 58), and this case is ready to proceed to trial. However, before pretrial and trial dates are set, the parties will be required to complete the attached notice and file it with the court regarding whether they believe a settlement conference would be beneficial in this case. If the parties believe a settlement conference would be beneficial, they must also notify the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge. Plaintiff shall also indicate his preference to appear in person or by videoconference, if available. If plaintiff fails to indicate his preference, he will be ordered to appear in person. Further instructions will issue once the parties' elections have been received.

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, the parties must each complete and file the attached notice.

Dated: August 5, 2019

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:youn2604.settlement

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 3 | | |

| | |
|---|---|
| DANNY GEROME YOUNG, | No. 2:13-cv-0205 MCE AC P |
| Plaintiff, | |
| v. | <u>NOTICE RE: ELECTIONS FOR SETTLEMENT CONFERENCE</u> |
| RODRIGUEZ, et al., | |
| Defendants. | |

**1.** As required by court order, the parties must notify the court of the following election:

　____ The party signing below would like to participate in a settlement conference.

　　**OR**

　____ The party signing below does not believe that a settlement conference in this case would be beneficial.

**AND**

**2.** If the party signing below would like to participate in a settlement conference, they must notify the court of the following election:

　____ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.  This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

　　**OR**

　____ The party signing below requests that a different judge hold the settlement conference.

**AND**

**3.** Plaintiff indicates his preference by checking one:

　____ Plaintiff would like to participate in the settlement conference in person.

　**OR**

　____ Plaintiff would like to participate in the settlement conference by video conference, if available.

DATED: 　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Plaintiff or Counsel for Defendants

3