UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2604 KJM CKD P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner, proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff warranted. T. Kennedy Helm, IV has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. T. Kennedy Helm, IV is appointed as plaintiff's counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on T. Kennedy Helm, IV, Helm Law Office PC, 644 40th St., Suite 305, Oakland, CA 94609.

DATED: January 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE